UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JONES, <br><br> Plaintiff, <br><br> v. <br><br> PINA, et al., <br><br> Defendants. | No. 1:23-cv-01271 GSA (PC) <br><br> ORDER GRANTING PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS <br><br> (ECF No. 13) |

    Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 9, 2023, Plaintiff filed a notice of change of address with the Court. ECF No. 11. The notice indicated that Plaintiff is no longer incarcerated. Id. As a result, Plaintiff was ordered to file a new application to proceed in forma pauperis that is used for non-prisoners. ECF No. 12.

    Plaintiff has filed the application to proceed in forma pauperis for non-prisoners. ECF No. 13. He has submitted the affidavit required by 28 U.S.C. § 1915(a)(1) showing that he is unable to prepay fees and costs or give security for them. Id. Therefore, Plaintiff's new request to proceed in forma pauperis will be granted.

1

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's non-prisoner application to
2  proceed in forma pauperis (ECF No. 13) is GRANTED.

IT IS SO ORDERED.

Dated:   **June 5, 2024**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

2